UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETICIA CONTRERAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | No.  1:15-cv-1483 ---BAM<br><br>ORDER GRANTING APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES OR COSTS<br><br>ORDER DIRECTING CLERK TO ISSUE SUMMONS AND NEW CASE DOCUMENTS |

　　　　Plaintiff Leticia Contreras filed a complaint on September 30, 2015, along with an application proceed in forma pauperis pursuant to Title 28 of the United States Code section 1915(a).  (Docs. 1, 2.)  Plaintiff has made the showing required by section 1915(a), and accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

　　　　Accordingly, IT IS HEREBY ORDERED THAT:

　　　　1.　　Plaintiff's application to proceed in forma pauperis is GRANTED;

　　　　2.　　The Clerk of Court is DIRECTED to issue the following:

　　　　　　　　a.　　A summons; and

　　　　　　　　b.　　New Social Security Case Documents including Social Security USM-285 Forms;

1

3. The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by Plaintiff in the USM-285 Form.

IT IS SO ORDERED.

Dated: **October 20, 2015**         /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE