PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
JENNIFER A. KENNEY
Special Assistant United States Attorney
  160 Spear Street, Suite 800
  San Francisco, California 94105
  Telephone: (415) 977-8945
  Facsimile: (415) 744-0134
  E-Mail: Jennifer.A.Kenney@SSA.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| LETICIA CONTRERAS, | Case No.: 1:15-cv-01483-BAM |
| Plaintiff, | STIPULATION AND ORDER FOR AN EXTENSION OF THE BRIEFING SCHEDULE |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by the parties, that the briefing schedule shall be extended by 36 days.  Plaintiff's confidential letter brief will be provided to Defendant on June 28, 2016 and Defendant shall provide her response to Plaintiff by August 2, 2016.  Plaintiff shall file her Opening Brief by September 1, 2016 and Defendant shall file her Opposition to Plaintiff's Opening Brief by October 3, 2016 (October 1st is a Saturday).  Plaintiff shall file her Reply, if any, by October 18, 2016.  This additional time is respectfully requested at Defendant's behest due to an oversight in mailing Plaintiff a copy of the administrative record that was filed with the Court on March 18, 2016.  *See* ECF Docket No. 11.  Defendant sincerely apologizes for

the oversight and has corrected the error by mailing a copy of the administrative record to Plaintiff on June 23, 2016.  *See* ECF Docket No. 13.

Respectfully submitted,

Dated: June 30, 2016                      */s/ *Leticia Contreras*
                                          (*as authorized by email on June 30, 2016)
                                          LETICIA CONTRERAS
                                          PLAINTIFF


Dated: June 30, 2016                      PHILLIP A. TALBERT
                                          Acting United States Attorney
                                          DEBORAH LEE STACHEL
                                          Acting Regional Chief Counsel, Region IX,
                                          Social Security Administration

                           By:            */s/  Jennifer A. Kenney*
                                          JENNIFER A. KENNEY
                                          Special Assistant U.S. Attorney
                                          Attorneys for Defendant

### ORDER

Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the briefing schedule in this action shall be extended.  Plaintiff's confidential letter brief shall be provided to Defendant on June 28, 2016, and Defendant shall respond by August 2, 2016.  Plaintiff shall file her Opening Brief on or before September 1, 2016, and Defendant shall file an opposition, if any, on or before October 3, 2016.  Plaintiff shall file any reply on or before October 18, 2016.

**IT IS SO ORDERED.**

Dated**:   July 1, 2016**                 */s/ Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE